IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KRISTIN TREMMEL,

    Plaintiff,

v.                        CASE NO. 1:10-cv-00017-SPM-AK

I C SYSTEM INC,

    Defendant.

_____/

**<u>O R D E R</u>**

This matter is before the Court on Plaintiff's Motion to Compel Discovery (doc. 10), to which Defendant has not responded.  Plaintiff moves to compel responses to discovery she served on June 3, 2010, which included interrogatories, requests for admission, and requests for production of documents.  No responses to these discovery requests have been made.

Defendant's failure to file timely objections to Plaintiff's request for production of documents constitutes a waiver of the objections, and Defendant must provide all requested documents which are within its possession, custody or control within the meaning of Fed. R. Civ. P. 34(a).  <u>Peat, Marwick, Mitchell & Co. v. West</u>, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); <u>Perry v. Golub</u>, 74 F.R.D. 360,

363 (N.D. Ala. 1976).  Further, Defendant's failure to respond timely to Plaintiff's interrogatories constitutes a waiver of any objections to those interrogatories, and it must answer them fully.  Fed. R. Civ. P. R. 33(b)(4).

Finally, requests for admissions are deemed admitted if no written response is made within thirty (30) days of service.  Rule 36(a)(3), Federal Rules of Civil Procedure.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion to Compel Discovery (doc. 10) is **GRANTED** and Defendant shall respond *without objection* to the interrogatories and requests for production of documents on or before **September 10, 2010.**  All requests for admissions served by Plaintiff on June 3, 2010, are hereby deemed admitted.

2.  Plaintiff's request for $750 in costs appears reasonable, and absent any explanation or other response from Defendant, the Court finds that its failure to respond to the discovery requests timely was not substantially justified and make an award of such costs just.  A check in this amount should be mailed to Plaintiff's attorneys forthwith.

DONE AND ORDERED this 27th day of August, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge