UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KRISTIN TREMMEL,

    Plaintiff,

v.                            CASE NO.: 1:10cv17-SPM/GRJ

I.C. SYSTEM, INC.,

    Defendant.

_____/

### ORDER DIRECTING PARTIES TO FILE MEDIATION REPORT

The parties' mediation report was due by November 19, 2010. No report has been filed. Based on the foregoing, it is

ORDERED AND ADJUDGED: On or before January 10, 2011, the parties shall file a joint status report stating the outcome of any mediation that has taken place or, if mediation has not taken place, the parties' plans for mediation.

DONE AND ORDERED this 5th day of January, 2011.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       Chief United States District Judge