IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KRISTIN TREMMEL,

    Plaintiff,

v.                                    CASE NO.: 1:10cv17-SPM/GRJ

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER ALLOWING ATTENDANCE BY TELEPHONE

This cause comes before the court on Plaintiff's Unopposed Motion to Allow a Telephonic Pre-Trial Conference. Doc. 31. Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The motion (doc.361) is granted.

2.     Attorney for Plaintiff is responsible for arranging a conference call to the Court at (352) 380-2742, at 1:30 p.m. on Tuesday, January 25, 2011, with all of the attorneys and parties on the line.

DONE AND ORDERED this 21st day of January, 2011.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge