IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KRISTIN TREMMEL,

    Plaintiff,

v.                                      CASE NO.: 1:10cv17-SPM/GRJ

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER ALLOWING ATTENDANCE AT MEDIATION BY TELEPHONE

Upon consideration, Plaintiff's Motion to Allow a Telephonic Appearance of Plaintiff's Counsel at Mediation (doc. 34) is granted. Plaintiff's counsel is responsible for advising the mediator and making arrangements to ensure that he can meaningfully participate in mediation.

DONE AND ORDERED this 27th day of January, 2011.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     Chief United States District Judge